**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| INDIANA UNIVERSITY OF PENNSYLVANIA, | : | No. 419 WAL 2015 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| INDIANA COUNTY BOARD OF | : | |
| ASSESSMENT APPEALS, INDIANA | : | |
| AREA SCHOOL DISTRICT, AND | : | |
| INDIANA COUNTY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.